UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60882-BLOOM/Valle

JOEL SAINT BON,

    Plaintiff,

v.

KONING RESTAURANTS INTERNATIONAL, L.C.,

    Defendant.
    _____/

## ORDER ON MOTION TO DISMISS

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 11, 2019, Defendant Koning Restaurants International, L.C. filed its Motion to Dismiss. *See* ECF No. [7] (the "Motion"). Plaintiff's response to the Motion was due no later than April 25, 2019. On April 29, 2019 the Court Ordered that Plaintiff shall file his Response to the Motion by May 3, 2019. *See* ECF No. [11]. To date, Plaintiff has not responded to the Motion or sought an extension of time to respond.

The Local Rules provide: "Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L. R. 7.1(c). Nevertheless, the Court has considered Defendant's arguments, and finds that dismissal of Plaintiff's Complaint is warranted. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1. The Motion, **ECF No. [7],** is **GRANTED**;

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall file an Amended Complaint no later than **May 17, 2019**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 6, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Joel Saint Bon
3680 N. 56th Ave. #832
Hollywood, Florida 33201